IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PAT COSTELLO,**

**Defendant.**                                        No. 05-CR-30208-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Costello's February 28, 2006 motion to vacate trial setting (Doc. 12).  The Government does not object to the motion.  The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Therefore, the Court **GRANTS** Costello's February 28, 2006 motion to vacate trial setting (Doc. 12).  The Court **CONTINUES** the **jury trial** scheduled for March 13, 2006 at 9:00 a.m. to **Monday, May 15, 2006 at 9:00 a.m.** The time from the date the original motion was filed, February 28, 2006, until the date to which the trial is rescheduled, May 15, 2006, is excludable time for the

purposes of speedy trial.  The parties shall notify the Court if a change of plea hearing is necessary.  Further, the Court **DENIES** at this time Costello's request for a final pre-trial conference.  Costello may re-file the motion at a later date if needed.

    **IT IS SO ORDERED.**

    Signed this 28th day of February, 2006.


                                  /s/        David   RHerndon
                                  United States District Judge