IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PAT COSTELLO,**

**Defendant.**                                                                      **No. 05-CR-30208-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Costello's May 5, 2006 motion to vacate trial setting (Doc. 15). Costello maintains that he needs additional time to conduct plea negotiations and that a plea is likely in this matter. The Government does not object to the motion. The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the Court **GRANTS** Costello's May 5. 2006 motion to vacate trial setting (Doc. 12). The Court **CONTINUES** the **jury trial** scheduled for May 15, 2006 at 9:00 a.m. to **Monday, June 12, 2006 at 9:00 a.m.** The time from the date the original motion was filed, May 5, 2006, until the date to which the trial is rescheduled, June 12, 2006, is excludable time for the purposes of speedy trial. The Court reminds the parties that

this matter is set for a change of plea on May 31, 2006 at 1:30 p.m.

**IT IS SO ORDERED.**

Signed this 8th day of May, 2006.

/s/      David RHerndon
United States District Judge
